IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
03/22/2021
JEFFREY P. COLWELL, CLERK

Civil Action No. _____
(To be supplied by the court)

Tammy R. Bergbauer
_____, Plaintiff

v.

David Bernhardt, Secretary of the U.S. Department of
_____,
the Interior
_____,


_____,


_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**A.    PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Tammy R. Bergbauer, 8887 Goosander Way, Highlands Ranch, CO 80126

(Name and complete mailing address)
(410) 271-2555, nomlas.concepts@yahoo.com

(Telephone number and e-mail address)

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  David Bernhardt, 1849 C St, Washington, DC 20240

(Name and complete mailing address)
(202) 208-3100, Unknown email address

(Telephone number and e-mail address if known)

Defendant 2: _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

X ___ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

___ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

___ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

X ___ Other: *(please specify)* Disparate Treatment and Hostile Work Environment

2


Page 2
JRB

**D.  STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____Discrimination_____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                   **X** ____ different terms and conditions of employment

____ failure to promote                ____ failure to accommodate disability

____ termination of employment         ____ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

**X** ____ race          ____ religion          ____ national origin          ____ age

**X** ____ color          **X** ____ sex          ____ disability

Supporting facts:
Discriminatory discipline between myself, males and non-white females. See notes.

3


Page 3
JRB

## DISPARATE TREATMENT

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ failure to hire                    **X** \_\_\_\_ different terms and conditions of employment

\_\_\_\_ failure to promote            \_\_\_\_ failure to accommodate disability

\_\_\_\_ termination of employment    \_\_\_\_ retaliation

\_\_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

**X** \_\_\_\_ race          \_\_\_\_ religion          \_\_\_\_ national origin          \_\_\_\_ age

**X** \_\_\_\_ color         **X** \_\_\_\_ sex          \_\_\_\_ disability

Supporting facts:

Disparate treatment between myself, males and non-white females. See notes.

**Click Here for Additional Claim**

4

Page 4
JRB

**D. STATEMENT OF CLAIM(S)  (Continued)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: (Continuation of Supporting Facts regarding <u>DISCRIMINATION</u> based upon Race, Color, and Sex)

<u>Despite my 15+ years of stellar federal service and high accolades for my exemplary service and leadership, Supervisor and Agency interpreted one communication with my supervisor (begging him to protect my staff in my absence) as 'an attempt to have him retaliate on my behalf' and now threatens to terminate me while my supervisor testified (under oath) that he was aware of the existence of The Mean Girls Club under his purview for years and, yet, did nothing about it; that he was in possession of the required proof of Hostile Work Environment that I and my employees were being subjected to and, yet, did nothing about it; and, yet, he nor the identified members of The Mean Girls Club received no disciplined nor were they removed from subjecting further harm to other employees per Agency/Department Policy.  This discrimination was committed based upon my race, color, and sex as I am accused of 'attempting' to do ONE thing wrong (i.e., allegedly seeking to have my supervisor retaliate on my behalf) while my male supervisor openly sought to protect and shield a non-white, Hispanic female confirmed to repeatedly and blatantly disregard policy while harming others.  Additionally, prior and ongoing cases warranting discipline within the agency clearly demonstrate that my supervisor and the agency applied/applies the 'progressive discipline' process to other—oft times, repeat—offenders but are seeking my termination based upon a single allegation.</u>

CLAIM TWO: (Continuation of Supporting Facts regarding <u>DISPARATE TREATMENT</u> based upon Race, Color, and Sex)

<u>Many cases of offenses requiring discipline within the agency are documented with the majority of those cases demonstrating that males, non-white females, and other females of protected classes receive little-to-no discipline for those offenses.  Following an investigation into the allegations of one of the identified members of The Mean Girls Club—an investigation which did, indeed, find her to be abusive and having created an extreme Hostile Work Environment— my first level supervisor did nothing to adhere to the agency or department policy to protect me nor my employees despite my regular and increasingly elevated pleas for protection.  However, this employee—who was confirmed to be exhibiting prohibited behavior—was allowed to continue being present at work (even though multiple employees continued to complain about her abusive behavior and Hostile Work Environment this employee maintained).  Demonstrating disparate treatment, when this same non-white, Hispanic female complained to my supervisor about her perceived treatment from me (a white female), my supervisor immediately detailed me to full-time telework, informed me that I was not to communicate with anyone in my agency unless it was work-related, and directed to me to never come to the Denver Federal Center</u>



(where my office is located) unless my supervisor gave prior approval and/or arranged for my escort.

CLAIM THREE: <u>DISCRIMINATION IN DISALLOWING ME TO HAVE OTHERS INTERVIEWED IN SUPPORT OF MY CASE WHILE ALLOWING NON-WHITE, HISPANIC FEMALE TO IDENTIFY AND OBTAIN SUPPORT OF OTHERS IN HER CASE</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ failure to hire                     \_\_\_\_ different terms and conditions of employment

\_\_\_\_ failure to promote              \_\_\_\_ failure to accommodate disability

\_\_\_\_ termination of employment     _X_ retaliation

\_\_\_\_ other: (*please specify*)

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_X_ race          \_\_\_\_ religion     \_\_\_\_ national origin     \_\_\_\_ age

_X_ color         _X_ sex          \_\_\_\_ disability

Supporting facts:

Despite the multiple opportunities I sought to identify and literally beg my supervisor and other officials to interview and obtain testimony from those who would have supported and substantiated my claims of innocence to allegations and my claims of discriminatory and disparate treatment, these individuals were not interviewed and, therefore, their supportive testimony was absent in what should have been the agency's unbiased review of all evidence. However, in the case of the non-white, Hispanic female, my supervisor and the agency supported all of her requests to have her identified members interviewed in order to provide testimony on her behalf, clearly demonstrating the ongoing discriminatory and disparate treatment I was subjected to. The key point in the desperate email I sent to my first-level supervisor when begging him to protect my employees in my absence, I identified a well-known and well-respected individual in the Human Resources arena and as being the source for supporting my requests to him, and she was never interviewed nor asked to provide testimony to substantiate my claim.

CLAIM FOUR:  RETALIATION FOR NOTIFYING SECOND LEVEL SUPERVISOR OF FIRST LEVEL SUPERVISOR'S DISPARATE TREATMENT AND FAILURE TO ADHERE TO AGENCY/DEPARTMENT POLICY

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                         ____ different terms and conditions of employment

____ failure to promote                 ____ failure to accommodate disability

____ termination of employment    _X_ retaliation

____ other: (*please specify*)

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_X_ race            ____ religion        ____ national origin        ____ age

_X_ color          _X_ sex              ____ disability

Supporting facts:

Seeking protection and support from my second-level Supervisor, I wrote to him to advise him of the disparate treatment I was receiving and of the flagrant disregard to agency/department policy my first level supervisor was practicing, and to ask my second-level Supervisor for a meeting to discuss a resolution to the problem.  The next business day following my plea to my second-level Supervisor, my first-level Supervisor reassigned me to a downgraded position without notifying me of this official change to my position, without providing me new objectives in which to align my goals to, and without providing me a copy of my new position description to make me aware of what my new responsibilities were.

CLAIM FIVE:  RETALIATION FOR FILING EEO COMPLAINT

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                         ____ different terms and conditions of employment

____ failure to promote                 ____ failure to accommodate disability

____ termination of employment    _X_ retaliation

____ other: (*please specify*)

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__X_ race          ____ religion          ____ national origin          ____ age

__X_ color         __X_ sex               ____ disability

Supporting facts:

<u>Following my filing of my EEO complaint against my first-level supervisor, I received notification from him that I was being placed upon Administrative Leave, I was to turn in my work computer, work phone, work identification, and that I was immediately prohibited from communicating with anyone within the agency (Bureau of Land Management) and department (Department of Interior) under threat of termination, and that I was immediately prohibited from going to, visiting, and/or coming onto the property of the Denver Federal Center.</u>

CLAIM SIX:  <u>RETALIATION FOR IDENTIFYING SUPERVISOR'S AND AGENCY'S DISCRIMINATORY ACTIONS AND FAILURE TO EQUALLY APPLY POLICY TO ALL EMPLOYEES</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote                 ____ failure to accommodate disability

_X__ termination of employment          _X_ retaliation

____ other: (*please specify*)

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__X_ race          ____ religion          ____ national origin          ____ age

__X_ color         __X_ sex               ____ disability

Supporting facts:

<u>Following my filing of multiple complaints against my supervisor and the agency which clearly articulated the discriminatory treatment and disparate treatment they were subjecting me to—and after all allegations by the non-white, Hispanic female against me were proven to be false—I was in receipt of a Letter of Termination whereupon the agency stated that despite my stellar 15+ years of federal service reflecting zero prior discipline issues, they interpreted my desperate plea to my supervisor to place The Mean Girls Club member (following the investigation proving the allegations against her to be true) on telework or to send home on Admin Leave (prior to me being placed upon these restrictions, myself) as an attempt to have him retaliate against the non-white, Hispanic female on my behalf.  Setting precedents the likes of which this agency has never known, I was not afforded the opportunity to defend myself, the witnesses I had identified to support my various complaints and testimony were never interviewed nor sought out to substantiate my claims, and my reputation and my career have been forever tarnished by my abrupt removal and subsequent inability to respond to anyone seeking to contact me and/or seek reassurance of my welfare while I have remained on Admin Leave for 18 months and counting.  It should be noted that multiple parties throughout the agency have access to my personnel files and they know I have been placed upon Administrative Leave and the agency's reason without me having the benefit of defending myself while the non-white, Hispanic female has been afforded the luxury of continuing work without risk of others knowing her offenses or of her being held accountable for them.</u>

CLAIM SEVEN:  <u>SUBJECTED TO AND HELD HOSTAGE TO HOSTILE WORK ENVIRONMENT AGAINST MY WILL AND AT THE EXPENSE OF MY HEALTH (PHYSICAL, MENTAL, AND EMOTIONAL) DESPITE AGENCY/DEPARTMENT POLICY IN PLACE TO PREVENT THIS</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ failure to hire                \_\_\_\_ different terms and conditions of employment

\_\_\_\_ failure to promote             \_\_\_\_ failure to accommodate disability

\_\_\_\_ termination of employment      \_\_\_\_ retaliation

\_X\_ other: (*please specify*)

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

\_X\_ race         \_\_\_\_ religion      \_\_\_\_ national origin       \_\_\_\_ age

\_X\_ color        \_X\_ sex            \_\_\_\_ disability

Supporting facts:

Despite acknowledging within his own testimony that he was aware of The Mean Girls Club for years prior to my joining the agency—to include him clearly articulating and identifying the members by name—my first-level supervisor willingly and knowingly subjected me and my entire staff to the Hostile Work Environment created by The Mean Girls Club. Even after receiving a detailed report from the investigation into the one non-white, Hispanic female for her contributions and ongoing activities involved with The Mean Girls Club, confirming the allegations against her and providing details of her egregious and demeaning acts against others, my first-level supervisor took zero steps against her in order to protect me and my staff members as required per agency and department policy. As a result, I have suffered a serious decline in my physical health, mental health, and emotional health.

## E.   ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☐ Yes (***You must attach a copy of the administrative charge to this complaint***)

☒ No

Have you received a notice of right to sue? (*check one*)

☒ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

☐ No

## F.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

## G.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Tammy B Bergbauer*
(Plaintiff's signature)
03/22/2021

_____
(Date)

(Revised December 2017)